NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard K. Wilborn,<br><br>               Petitioner,<br><br>v.<br><br>Jason Gunther.<br><br>               Respondent. | No. CV-24-02062-PHX-SRB (MTM)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on August 14, 2024 "asserting that (1) the BOP has violated federal law by limiting earned time credits to low-risk inmates, that (2) he is entitled to earned time credits from the time his sentence was imposed, and that (3) the BOP improperly disciplined him by withholding earned time credits." (Doc. 15, Report and Recommendation ("R & R") at 2.) Respondent filed this Response to Petitioner's Petition for Writ of Habeas Corpus on December 23, 2024. No reply was filed. On May 14, 2025, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed without prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1     **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
2  Judge as the Order of this Court. (Doc. 15)
3     **IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and
4  dismissing it without prejudice. (Doc. 1)
5     **IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave
6  to proceed in forma pauperis on appeal. The dismissal of the Petition is justified by a plain
7  procedural bar and jurists of reason would not find the procedural ruling debatable.
8     **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.
9     Dated this 5th day of June, 2025.

_____
Susan R. Bolton
United States District Judge